# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LEON A. MORRIS, SR., | : | Case No. 3:22-cv-221 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| SMALL BUSINESS ADMINISTRATION, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. No. 44), to whom this case was recommitted to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Supplemental Report and Recommendation.

It is therefore **ORDERED** that this matter be **DISMISSED**. The Clerk is directed to terminate this matter on the docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, November 5, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE